# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WALTER A. McCULLOUGH
ADC # 91861                                                                                              PLAINTIFF

V.                                          5:06CV00142 SWW/HDY

ASHA D. SMITH *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 13th day of June 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

1